```
                                    FILED
                              August 16, 2010
                           CLERK, U.S. BANKRUPTCY COURT
                           EASTERN DISTRICT OF CALIFORNIA

                                  0002856344
```

1 | Geoffrey Richards
Bankruptcy Trustee
2 | P.O. Box 579
Orinda, CA 94563
3 | (916) 288-8365

4

5

6 | UNITED STATES BANKRUPTCY COURT

7 | FOR THE EASTERN DISTRICT OF CALIFORNIA

8 | IN RE: | CASE NO. **09-39427-C-7**

9 | **MCKENZIE, VIRGIL DEAN** | DC NO. **GMR- DC3**

10 | Debtor(s). | DATE: **September 14, 2010**
TIME:  **9:30 AM**
11 | _____/ | COURTROOM: **C**

12

13 | **TRUSTEE'S MOTION TO ABANDON PROPERTY OF THE ESTATE**
**[11 U.S.C. § 554]**
14

15

16 | The Trustee of the estate of the above-named debtor(s) intends to abandon the following property of the debtor(s) pursuant to 11 U.S.C. §554:

17

18 | 1.    Description of Property:

19 | Real Property located at 2425 Sandringham Road, Sacramento CA 95825
APN: 279-0012-008-0000

20 | 2.    Investigation reveals that said property is validly encumbered by virtue of the following security interests:

21

22 | a. First Horizion Lending  first deed of trust in the amount of $123,064.

23 | b. Stockman's Premier West Bank second deed of trust in the amount of $48,861

24

25 | 3.    Investigation further reveals that the current fair market value of the property is $125,000

26

27 | 4    There is a negative equity of $46,925  as the result of the two liens listed on Schedule D and above.

28

1

2
Trustee has concluded that the real property is burdensome and of inconsequential value

3
and no benefit to the estate, and is requesting an order on the property described above

4
pursuant to 11 U.S.C.§554(a) and granting such other relief as is just and proper.

5

6
　　　　WHEREFORE, the Trustee prays he be authorized to abandon the above-

7
described property as a burdensome asset.

8

9
DATED:　August 16, 2010

10
　　　　　　　　　　　　　　　　　　　　　　/s/　**Geoffrey Richards**, TRUSTEE
　　　　　　　　　　　　　　　　　　　　　　　　　**PO Box 579**

11
　　　　　　　　　　　　　　　　　　　　　　　　　**Orinda**, **CA 94563**
　　　　　　　　　　　　　　　　　　　　　　　　　**(916) 288-8365**

12
　　　　　　　　　　　　　　　　　　　　　　　　　**grtrustee@pacbell.net**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28